# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEBORAH LAUFER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:20-cv-01193-RCL |
| | * | |
| GEORGETOWN MEWS ASSOC. | * | |
| LIMITED PARTNERSHIP | * | |
| | * | |
| Defendant. | * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendant GEORGETOWN MEWS ASSOC. LIMITED PARTNERSHIP hereby files this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on August 7, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie* | */s/ Joseph W. Santini* |
| Tristan W. Gillespie | Joseph W. Santini |
| | |
| THOMAS B. BACON, P.A. | FRIEDLANDER MISLER PLLC |
| 5150 Cottage Farm Rd. | 5335 Wisconsin Avenue, NW |
| Johns Creek, GA 30022 | Washington, D.C. 20015 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |